IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 AUG -3 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT HALF INTERNATIONAL, INC., )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>VACO, LLC, a Tennessee Limited Liability )<br>Company, VACO MID-SOUTH, LLC, a )<br>Tennessee Limited Liability Company, VACO )<br>RESOURCES, LLC, a Tennessee Limited )<br>Liability Company, JERRY BOSTELMAN, an )<br>Individual, JAY HOLLOMON, an Individual, )<br>BRANDON GUY, an Individual, BRIAN )<br>WALLER, an Individual, SCOTT GORDON, )<br>an Individual, ALEX NADELL, an Individual, )<br>KIRK JOHNSTON, an Individual, and )<br>CHERYL CITRONE, an Individual, )<br> )<br>     Defendants. ) | CASE No.: 05-2446-Ma<br><br>Jury Demand |

## ORDER

For good cause shown, the date by which Defendants must respond to the Complaint in the above-referenced matter shall be Friday, July 29, 2005.

**SO ORDERED**, this the __02__ day of ~~July~~ August, 2005.

_____
S. Thomas Anderson
JUDGE

1114893 v1
105315-003 7/18/2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-4-05__

14

SUBMITTED FOR ENTRY BY:

*Howard L. Cleveland (by jco)*

Paul E. Prather, Esq. (No. 10089)
Howard L. Cleveland, IV, Esq. (No. 17299)
Lisa L. Leach, Esq. (No. 14486)
KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 Champion Hills Drive
Suite 3000
Memphis, TN 38125
(901) 795-6695

**Attorneys for Plaintiff**


*Matthew C. Lonergan (by jco)*

Matthew C. Lonergan, Esq. (No. 10798)
J. Craig Oliver, Esq. (No. 16838)
Jonathan Motley, Esq. (No. 19512)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615) 244-2582

**Attorneys for Defendants**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02446 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

James Craig Oliver
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Lisa L. Leach
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT