IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT DISTRICT OF TENNESSEE
AT MEMPHIS



RECEIVED
05 AUG 30 PM 3: 17

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC., <br><br> Plaintiff <br><br> v. <br><br> VACO, LLC, a Tennessee Limited Liability Company, VACO MID-SOUTH, LLC, a Tennessee Limited Liability Company, VACO RESOURCES, LLC, a Tennessee Limited Liability Company, JERRY BOSTELMAN, an Individual, JAY HOLLOMON, an Individual, BRANDON GUY, an Individual, BRIAN WALLER, an Individual, SCOTT GORDON, an Individual, ALEX NADDELL, an Individual, KIRK JOHNSTON, an Individual, and CHERYL CITRONE, an Individual | Case No. 05-2446 <br><br> Jury Demand |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**

September 22, 2005

**JOINING PARTIES:**
For Plaintiff:       November 8, 2005
For Defendant:   December 8, 2005

**AMENDING PLEADINGS:**
For Plaintiff:       November 8, 2005
For Defendant:   December 8, 2005

**MOTION TO COMPEL ARBITRATION:**
For Either Party:    Must be filed by October 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-7-05___

17

**COMPLETING ALL DISCOVERY:**     May 8, 2006

    (a)   **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**     May 8, 2006

    (b)   **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i)   Plaintiff's Experts:     March 8, 2006
        (ii)  Defendant's Experts:     April 7, 2006
        (iii) Supplementation under Rule 26(e): 10 days after Defendant's disclosure

    (c)   **DEPOSITIONS OF EXPERTS:**     May 8, 2006

**FILING DISPOSITIVE MOTIONS:**     July 7, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**
    (a)   For Plaintiff:     45 days before trial
    (b)   For Defendant:     30 days before trial

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 5 days. The presiding judge will set this matter for **JURY TRIAL**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party

believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 31, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02446 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

James Craig Oliver
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Lisa L. Leach
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Samuel Mays
US DISTRICT COURT